**ANDREW GELLER SHOE MANUFACTURING CO., Inc., Plaintiff-Appellant, v. ANSONIA BOOTERY, Inc., Defendant-Appellee.**

**No. 128.**

Circuit Court of Appeals, Second Circuit.

Oct. 14, 1931.

Deiches, Kaufman, Feldstein & Bernson, of New York City (Hans v. Briesen, Maurice Deiches, and James Allan Bernson, all of New York City, of counsel), for appellant.

Samuel R. Weltz, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order [53 F.(2d) 891] affirmed in open court.